IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAVANDER E. BARKLEY,

    Petitioner,

v.                                  4:15cv296–WS/EMT

JULIE L. JONES,

    Respondent.

_____

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed June 22, 2016. <u>See</u> Doc. 16. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 16) is hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's § 2254 petition for writ of habeas corpus is DENIED.

3. The clerk shall enter judgment stating: "The petitioner's § 2254 petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this __28th__ day of __July__, 2016.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE